UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARPER,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHERMAN, et al.,<br><br>          Defendants. | 1:21-cv-00639-NONE-GSA-PC<br><br>ORDER RE PLAINTIFF'S REQUEST<br>(ECF No. 10.) |

     Jason Harper ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was initiated by civil complaint filed by Plaintiff in the Sacramento County Superior Court on August 7, 2020 (Case #34-2020-00282948). On April 13, 2021, defendants S. Sherman, W. Elszy, T. Cisneros, J. Collins, T. Brasil, R. Milam, O. Ronquillo, D. Perkins, T. Cooper, F. Florez, M. Davis, D. Martin, B. Maltman, P. Brightwell, and J. Ghilarducci ("Defendants") removed the case to federal court by filing a Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446.  (ECF No. 1.)

     On December 27, 2021, Plaintiff filed a request for this case to proceed with screening of the Complaint.  (ECF No. 10.)  The court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible.  However, there are many prisoner civil rights cases currently pending before the court, and delays are thus inevitable despite the court's best efforts.  Plaintiff's Complaint will be screened in due course.

     Based on the foregoing, Plaintiff's request, filed on December 27, 2021, is RESOLVED.

IT IS SO ORDERED.

   Dated:   **January 4, 2022**                          **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE