1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11
SEQUOYAH DESERTHAWK KIDWELL,

12
Plaintiff,

13
vs.

14
STU SHERMAN, et al.,

15
Defendants.

16

17

18

19

20

21

**1:21-cv-00639-JLT-GSA-PC**

**ORDER GRANTING REQUEST
FOR NAME CHANGE**

**(ECF No. 13.)**

**ORDER DIRECTING THE
CLERK OF COURT TO CHANGE
NAME OF PLAINTIFF TO
SEQUOYAH DESERTHAWK
KIDWELL**

22        This case proceeds as a civil rights action under 42 U.S.C. § 1983.  The action was

23 initiated by civil complaint filed by Jason Harper ("Plaintiff") proceeding *pro se*, in the

24 Sacramento County Superior Court on August 7, 2020 (Case #34-2020-00282948).  On April 13,

25 2021, defendants S. Sherman, W. Elszy, T. Cisneros, J. Collins, T. Brasil, R. Milam, O.

26 Ronquillo, D. Perkins, T. Cooper, F. Florez, M. Davis, D. Martin, B. Maltman, P. Brightwell,

27 and J. Ghilarducci ("Defendants") removed the case to federal court by filing a Notice of

28 Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446.  (ECF No. 1.)

On May 10, 2022, Plaintiff filed a request for a name change in this case.  (ECF No. 13.) Plaintiff provides evidence that he has legally changed his name to Sequoyah Deserthawk Kidwell, (Exhibits, ECF No. 13), and informs the Court that his former name, Jason Harper, will no longer be accepted by the institution where he is housed.

The Court takes judicial notice that Plaintiff's legal name of Sequoyah Deserthawk Kidwell, Inmate No. T67322 is reflected in CDCR's Inmate Locator website. See http://inmatelocator.cdcr.ca.gov. This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

Plaintiff's request is granted, and the Clerk of Court shall be directed to use Plaintiff's name "Sequoyah Deserthawk Kidwell" as his name of record for this case.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for a name change in this case, filed on May 10, 2022, is granted;

2. The Clerk of Court is directed to change Plaintiff's name of record for this case from Jason Scott Harper to "Sequoyah Deserthawk Kidwell;" and

3. All future filings shall refer to Plaintiff as "Sequoyah Deserthawk Kidwell."

IT IS SO ORDERED.

Dated:   __**September 10, 2022**__          _____**/s/ Gary S. Austin**_____
                                                              UNITED STATES MAGISTRATE JUDGE