**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SEQUOYAH DESERTHAWK KIDWELL also known as JASON SCOTT HARPER,

Plaintiff,

v.

SHERMAN, *et al.*,

Defendants.

Case No. 1:21-cv-0639 JLT FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 40)

Sequoyah Deserthawk Kidwell, also known as Jason Scott Harper, is a state prisoner proceeding *pro se* in this civil rights action. The assigned magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found there were not any cognizable claims. (Doc. 39 at 2-12.) The magistrate judge directed Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed on the cognizable claims identified by the Court. (*Id.* at 13.) The Court warned Plaintiff that failure to comply would result in dismissal of this action. (*Id.*)

After Plaintiff did not file an amended complaint or otherwise communicate with the Court, the magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute this action. (Doc. 40 at 2.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d

1421, 1423 (9th Cir. 1986). (*Id.* at 2-3.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 3.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 24, 2026 (Doc. 40) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice, for Plaintiff's failure to obey a Court order and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 24, 2026

UNITED STATES DISTRICT JUDGE